```
 1 │ DAVID A. ORTIZ, ATTORNEY #167587
   │ TRIAL ATTORNEY
 2 │ OFFICE OF THE UNITED STATES TRUSTEE
   │ 402 WEST BROADWAY, SUITE 600
 3 │ SAN DIEGO, CA 92101-8511
   │ (619)557-5013
 4 │
   │ Attorney for
 5 │ TIFFANY L. CARROLL
   │ ACTING UNITED STATES TRUSTEE
 6 │
 7 │
 8 │              UNITED STATES BANKRUPTCY COURT
 9 │              Southern District of California
10 │ In re:                        )   Case No. 09-02147-JM7
   │                               )
11 │ AN T. NGUYEN and              )   PROOF OF SERVICE
   │ THANH X. NGUYEN,              )
12 │                               )
   │           Debtor(s).          )
13 │ _____)
14 │      I, Marika T. Bigbie-Cerwin, DECLARE AS FOLLOWS:
15 │      I am a resident of and employed in the State of California,
   │ County of San Diego, I am over the age of 18 years and not a
16 │ party to the above-entitled action.  On **July 30, 2009**, I served a
   │ true copy of the following documents:
17 │
   │ 1.   **EX PARTE APPLICATION TO APPROVE STIPULATION EXTENDING TIME**
18 │      **TO FILE MOTION PURSUANT TO 11 U.S.C. §707(b)(3) AND OBJECT**
   │      **TO DISCHARGE PURSUANT TO 11 U.S.C. §727;**
19 │
   │ 2.   **STIPULATION TO EXTEND TIME TO FILE MOTION PURSUANT TO 11**
20 │      **U.S.C. §707(b)(3) AND OBJECT TO DISCHARGE PURSUANT TO 11**
   │      **U.S.C. §727**
21 │
   │ on the parties set forth on the attached list by placing the
22 │ copies in a sealed envelope with first class postage thereon
   │ fully paid and by placing the envelope in the United States mail
23 │ at San Diego, California.
24 │      I declare under penalty of perjury that the foregoing is
   │ true and correct.  Executed on **July 30, 2009**, at San Diego,
25 │ California.
26 │
   │                              /s/ Marika T. Bigbie-Cerwin
27 │                              Marika T. Bigbie-Cerwin
28 │
```

1  An T. Nguyen
   and Thanh X. Nguyen
2  CASE NO. 09-02147-JM7
   PROOF OF SERVICE LIST
3
   An T. Nguyen
4  and Thanh X. Nguyen
   9175 W. Vale Rd.
5  San Diego, CA 92129

6  Lawrence R. Fieselman
   PACIFIC LAW CENTER
7  3636 Nobel Drive
   Suite 475
8  La Jolla, CA 92122

9  Leslie T. Gladstone
   5785 La Jolla Blvd., Ste. A
10 La Jolla, CA 92037

11 **Request for Special Notice**

12 American Express Centurion Bank
   Post Office Box 3001
13 Malvern PA 19355-0701

14 HSBC Mortgage Services
   MOSS CODILIS LLP
15 6560 Greenwood Plaza Boulevard
   Suite 100
16 Englewood, CO 80111

17

18

19

20

21

22

23

24

25

26

27

28