|   |   |
|---|---|
| 1 | BRIAN A. PAINO (CA SBN 251243) |
| 2 | ERIN LANEY (CA SBN 259863)<br>PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for  Wachovia Mortgage, FSB fka World Savings Bank, FSB |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 09-02147-JM7 |
|---|---|
| AN T. NGUYEN AND THANH X. NGUYEN, | Chapter 7 |
| Debtor(s). | PROOF OF SERVICE BY MAIL |

I, Amanda S. Koczwara, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this cause.

On February 19, 2010, I served the ENTERED ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 19, 2010, at San Diego, California.

/s/ Amanda S. Koczwara
AMANDA S. KOCZWARA

- 1 -

## SERVICE LIST

**DEBTOR(S)**

An T. Nguyen
9175 West Vale Road
San Diego, CA 92129

Thanh X. Nguyen
9175 West Vale Road
San Diego, CA 92129

**DEBTOR(S) ATTORNEY**

Lawrence R. Fieselman
3636 Nobel Drive, Suite 475
La Jolla, CA 92122

**CHAPTER 7 TRUSTEE**

Leslie T. Gladstone
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101-8511

**JUNIOR LIENHOLDER(S)**

David A. Ortiz
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101
Email: david.a.ortiz@usdoj.gov

HSBC/MS
c/o Servicing Agent and/or Managing Agent
P.O. Box 9068
Brandon, FL 33509-9068

CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Order Entered on
December 28, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED: December 28, 2009

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for Movant

CSD 1162

```
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                  CASE NO:
                                                                         RS NO.:
```

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A

OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on _____, and

- ☐ Debtor *(Name)*:

- ☐ Debtor's Attorney *(Name)*:

- ☐ Trustee *(Name)*:

- ☐ United States Trustee (in Chapter 11 & 12 cases), and

- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with

the estate's and the debtor's interest in

1. ☐    The following real property:

   a.   Street address of the property including county and state:

   b.   Legal description is ☐ attached as Exhibit B or ☐ described below:

2. ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

   IT IS FURTHER ORDERED that *(Optional)*:

`CSD 1162`

*Signed by Judge James W. Meyers December 28,2009*

File No· 06724545

**309**

# EXHIBIT "A"

All that certain real property situated in the County of San Diego, State of California, described as follows:

Lot 42 of Black Mountain Meadows, in the City of San Diego, According to map thereof No. 9948, filed in the office of the County Recorder of Sand Diego County, December 22, 1980.

Assessor's Parcel Number:     **312-132-08-00**



*Signed by Judge James W. Meyers December 28, 2009*